853 A.2d 1012

**Joseph P. WERLEY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, et al., Appellee.**

Supreme Court of Pennsylvania.

July 1, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of July, 2004, the order appealed is affirmed. *See Finnegan v. PBPP,* 576 Pa. 59, 838 A.2d 684 (2003).